UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

11 MAY -2 AM 11: 03

UNITED STATES OF AMERICA     PLAINTIFF

vs.     3:11CR-54-M

WILLIAM DALLAS ELMORE     DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

Respectfully submitted,

DAVID J. HALE
United States Attorney

Jo E. Lawless
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone: (502)
FAX:  (502)
Email: jo.lawless@usdoj.gov